UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ASTRID A. SUNDWALL | February 20, 2008 |
| Plaintiff, | |
| v. | |
| CHARLES BASIL, ET AL | |
| Defendants | 3:00 CV 905 (AVC) |

**REQUEST FOR RETURN OF BOND**

Plaintiff in the above entitled matter respectfully request that the bond in the amount of $500. that was posted in the above case is returned to her.

By: Astrid Sundwall, Plaintiff

3 Middlecroft Road

Burlington, CT

060131

860-675-3585